# United States Court of Appeals for the Federal Circuit

---

**COLIBRI HEART VALVE LLC,**
*Plaintiff-Appellee*

**v.**

**MEDTRONIC COREVALVE, LLC,**
*Defendant-Appellant*

---

2023-2153

---

Appeal from the United States District Court for the Central District of California in No. 8:20-cv-00847-DOC-JDE, Judge David O. Carter.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

July 18, 2025
Date

Jarrett B. Perlow
Clerk of Court